**Order entered February 26, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01412-CV

**WHOA USA, INC., Appellant**

**V.**

**REGAN PROPERTIES, LLC, Appellee**

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-04211-2011**

## ORDER

We **GRANT** appellee's February 24, 2014 second motion for an extension of time to file a brief. Appellee shall file its brief on or before March 7, 2014. We caution appellee that no further extension of time will be granted absent extraordinary circumstances.

/s/    ADA BROWN
         JUSTICE